IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DASHBOARD COMPUTING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:15-cv-1396 |
| v. | ) |
| | ) |
| JPMORGAN CHASE & CO. AND | ) |
| JPMORGAN CHASE BANK, NA | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

The plaintiff, Dashboard Computing LLC, hereby notifies the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that it is dismissing all claims in this action, with prejudice, against defendants, JPMorgan Chase & Co. and JPMorgan Chase Bank, NA, a party that has not yet served an answer or motion for summary judgment.

Dated: September 3, 2015 /s/Andrew W. Spangler
Andrew W. Spangler
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, TX  75601
Telephone:  (903) 753-9300
Facsimile: (903) 553-0403
spangler@spanglerlawpc.com

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Counsel for Dashboard Computing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2015, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Andrew W. Spangler*
Andrew W. Spangler